In re Williams, Ronnell; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. M, No. 99-7942; to the Court of Appeal, Fifth Circuit, Nos. 09-WR-1117,10-KH-28.
Denied. La.C.Cr.P. art. 930.4(D); La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.